■ In the Matter of SCOTT V., a Person Alleged to be a Juvenile Delinquent.—Order unanimously affirmed. Same memorandum as in *Matter of Brian J. C.* (119 AD2d 996). (Appeal from order of Erie County Family Court, Honan, J.— juvenile delinquency.) Present—Callahan, J. P., Doerr, Denman, Green and O'Donnell, JJ.